NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORD MOTOR COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1224

---

Appeal from the United States Court of International Trade in case no. 06-CV-0217, Judge Leo M. Gordon.

---

**ON MOTION**

---

**ORDER**

Ford Motor Company moves for a 14-day extension of time, until June 7, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Bruce J. Casino, Esq.
　　Tara K. Hogan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 4 2011**

**JAN HORBALY**
**CLERK**